IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSON MATUTE,<br><br>           Plaintiff,<br><br>      v.<br><br>CHEVY CHASE F.S.B., CAPITAL ONE N.A., CAL-WESTERN RECONVEYANCE CORPORATION, NEW CENTURY TITLE COMPANY, B.F. SAUL MORTGAGE COMPANY, DOES 1-100,<br><br>           Defendants.<br>_____ | 2:10-cv-02932-GEB-GGH<br><br><u>FED. R. CIV. P. 4(M) NOTICE</u> |

        Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that Defendants Cal-Western Reconveyance Corporation and New Century Title Company may be dismissed as defendants in this action unless Plaintiff provides proof of service or "shows good cause for the failure" to serve these defendants within Rule 4(m)'s 120 day prescribed period in a filing due no later than 4:00 p.m. on March 2, 2011.

        IT IS SO ORDERED.

Dated:  February 23, 2011

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

1