IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSON MATUTE,

        Plaintiff,

    v.

CHEVY CHASE F.S.B., CAPITAL ONE N.A., CAL-WESTERN RECONVEYANCE CORPORATION, NEW CENTURY TITLE COMPANY, B.F. SAUL MORTGAGE COMPANY, DOES 1-100,

        Defendants.

2:10-cv-02932-GEB-GGH

ORDER OF DISMISSAL

        Plaintiff was required to respond to an Order filed February 24, 2011, by either filing proof that Defendants Cal-Western Reconveyance Corporation and New Century Title Company were served with process or a document showing good cause for Plaintiff's failure to serve these Defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 11.)  This filing was due no later than 4:00 p.m. on March 2, 2011. Id. The February 24, 2011 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendants Cal-Western Reconveyance Corporation and New Century Title Company being dismissed from this action.

///

1

1        Plaintiff failed to respond to the February 24, 2011 Order.
2   Therefore, Defendants Cal-Western Reconveyance Corporation and New
3   Century Title Company are dismissed from this action without prejudice.
4        IT IS SO ORDERED.
5   Dated:  March 2, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge